IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DARLA FERGUSON                                                              PLAINTIFF
ADC #718192

v.                          No. 4:25-cv-351-DPM

JAMIE MORGAN, CEO, JP Morgan
Chase; ASTHILDUR LOA
THORSDOTTIR, President, Iceland;
EBRAHIM RASOOL, Ambassador, Africa;
and BASHAR ASSAD, President, Syria                                          DEFENDANTS

JUDGMENT

Ferguson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 April 2025